## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN BALL, #20190001029, | |
| Plaintiff, | CIVIL ACTION NO. 3:21-cv-00434 |
| v. | (SAPORITO, M.J.) |
| WARDEN GARRY HAIDLE, et al., | |
| Defendants. | |

## ORDER

AND NOW, this16th day of April, 2021, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.    The plaintiff's *in forma pauperis* status in this action is **REVOKED**;

2.    Our Order of March 26, 2021 (Doc. 17), which granted the plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 12), is **VACATED**; and

3.    The plaintiff is **ORDERED** to pay the applicable $402 filing and administrative fees in full **within thirty (30) days** of the date of

this Order or the dismissal of this action will be recommended.


***s/Joseph F. Saporito, Jr.***
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge